IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ANGEL HERNANDEZ, | No. C 20-8794 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES, | |
| Respondent. | |

    Petitioner, a federal prisoner proceeding pro se, filed the instant petition for a writ of habeas corpus on December 11, 20201. The same day, the clerk notified petitioner that in order to proceed with her petition, she must either pay the filing fee or file an application to proceed in forma pauperis ("IFP") within 28 days. Along with the notice, the clerk mailed petitioner an IFP application, instructions, and a stamped return envelope. The notice cautioned petitioner that failure to pay the fee or complete the IFP application within 28 days would result in dismissal. No response has been received. Accordingly, the case is **DISMISSED** without prejudice. No certificate of appealability is warranted in this case because a reasonable jurist would not find the dismissal of this petition debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

    The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: February  9 , 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE